CURTIS E. ALLEN, ESQ. SBN 187748
GEORGE S. KHOURY, ESQ. SBN 269738
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Ph 650 868 6620; Fax 650 362 1864
Curtis.e.allen.esq@gmail.com
www.curtiseallenesq.com

Attorney for Plaintiff George Solorio Atondo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SOLORIO ATONDO, <br><br> Plaintiff, <br><br> v. <br><br> PAYLESS THRIFTY INC dba RITE AID CORPORATION, ED WEATHERMAN, PAUL PATCHIN, SYLVESTER TOCHE, AND RICARDO SALDANO, <br><br> Defendants. | No. 2:17-cv-01192-TLN-AC <br><br> **ORDER** |

On September 5, 2017, by way of a filed Ex Parte Application Plaintiff sought a continuance of the deadline to serve the individual Defendants in this case, and continue the related deadlines set forth in the June 7, 2017 Order Requiring Joint Status Report.

Having considered that filing and the other pleadings filed in this case, and good cause appearing, IT IS HEREBY ORDERED that pursuant to this Court's authority under FRCP Rule 4(m):

1) Plaintiff has until October 5, 2017, to serve the individual Defendants with the operative summons and complaint.
2) The 90 day service of process deadline referenced in the June 7, 2017 Order Requiring Joint Status Report is continued by thirty calendar days.

Dated: September 7, 2017

Troy L. Nunley
United States District Judge