JONATHAN ALLAN KLEIN (SBN 162071)
SWETA H. PATEL (SBN 239813)
MELIS ATALAY (SBN 301373)
KLEIN, HOCKEL, IEZZA & PATEL P.C.
455 Market Street, Suite 1480
San Francisco, CA 94105
Tel.: (415) 951-0535; Fax: (415) 391-7808
jaklein@khiplaw.com
miezza@khiplaw.com
matalay@khiplaw.com

Attorneys for Defendants
THRIFTY PAYLESS, INC. dba RITE AID (erroneously named as "Payless Thrifty Inc. dba RITE AID CORPORATION"), SYLVESTER TOCHE, and RICARDO SALDANO

CURTIS E. ALLEN, ESQ. SBN 187748
GEORGE S. KHOURY, ESQ. SBN 269738
303 Twin Dolphin Dr., Suite 600
Redwood City, CA 94065
Tel.: (650) 868-6620; Fax: (650) 362-1864
curtis.e.allen.esq@gmail.com
khourygs@gmail.com

Attorneys for Plaintiff
GEORGE SOLORIO ATONDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SOLORIO ATONDO, | Case No.: 2:17-CV-01192-TLN-AC |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF, DISCLOSURE OF EXPERT WITNESSES AND ALL RELATED DISCOVERY DATES; ORDER** |
| PAYLESS THRIFTY INC. dba RITE AID CORPORATION; SYLVESTER TOCHE; and RICARDO SALDANO, | |
| | Action Filed: June 7, 2017 |
| | Trial Date: None set |
| Defendants. | |

JOINT STIPULATION AND ORDER
Case No.: 2:17-CV-01192-TLN-AC

For the reasons set forth herein, Plaintiff George Solorio Atondo and Defendants Thrifty Payless, Inc. (erroneously sued as "Payless Thrifty Inc. dba Rite Aid Corporation"), Sylvester Toche, and Ricardo Saldano (collectively "Defendants"), by and through their respective counsel, request that the Court enter an Order continuing discovery, expert witness disclosures and all related discovery dates as set forth in detail below.

WHEREAS:

1. This is the parties' first request to continue the non-expert and expert discovery completion dates in this matter.

2. The parties exchanged their first round of written discovery responses in June and December 2018.

3. Plaintiff's deposition began on April 11, 2019. Defense counsel was unable to complete Plaintiff's deposition. Plaintiff's deposition will continue on May 6, 2019.

4. No defense witness has yet been deposed.

5. In their initial disclosures, the parties listed more than 25 individuals with knowledge of the parties' claims and defenses. None of these individuals have yet been deposed.

6. The parties have to date produced over 2,000 pages worth of documentary evidence as well as videos and recordings.

7. In an effort to serve judicial economy and save the time and expense of litigation, the parties desire to enter into settlement negotiations after the deposition of Mr. Atondo is complete and certain initial pleading discovery disputes are resolved.

8. The parties anticipate engaging in initial settlement discussions within the next thirty days. These settlement discussions may be followed by private mediation.

9. It is possible that settlement efforts will result in resolution of the case and obviate the need for trial.

10. In the event that these settlement efforts fail, the parties will need to complete extensive party and witness depositions and related follow-up discovery after said depositions, as well as expert witness discovery.

11. Pursuant to the Court's Pretrial Scheduling Order of February 8, 2018, the parties

shall complete non-expert discovery by June 28, 2019; the parties shall disclose their expert witnesses by August 29, 2019; and supplemental disclosure of any rebuttal experts shall be made within 20 days after the designation of expert witnesses.

12. The parties agree that extending current discovery deadlines [except the Rule 26(e) supplemental disclosure deadline] by approximately six weeks will greatly facilitate settlement efforts.

13. The parties agree that the current deadline for FRCP Rule 26(e) supplemental disclosure (30 days prior to the dispositive motion hearing date) and the December 2019 dispositive motion deadline will not be interfered with and need not be continued at this time.

WHEREFORE the parties believe that good cause exists for the Court to enter an Order, and request that the Court in fact enter an Order as follows:

1. Vacating the currently-scheduled dates for non-expert discovery completion, expert witness disclosure, and supplemental expert witness disclosures made for purposes of rebuttal.

2. That the non-expert discovery completion date be continued to August 9, 2019.

3. That the expert witness disclosure date be continued to October 10, 2019.

4. That the supplemental disclosure of any rebuttal expert witness date be continued to 20 days after the designation of expert witnesses.

IT IS SO STIPULATED

[SIGNATURES ON FOLLOWING PAGE]

| | | |
|---|---|---|
| 1 | DATED: May 7, 2019 | KLEIN, HOCKEL, IEZZA & PATEL P.C. |
| 2 | | |
| 3 | | /S/ MELIS ATALAY_____ |
| 4 | | JONATHAN ALLAN KLEIN<br>SWETA H. PATEL |
| 5 | | MELIS ATALAY<br>Attorneys for Defendants |
| 6 | | THRIFTY PAYLESS, INC. dba RITE AID, |
| 7 | | SYLVESTER TOCHE, and RICARDO<br>SALDAO |
| 8 | | |
| 11 | DATED: May 7, 2019 | |
| 12 | | /S/ CURTIS E. ALLEN_____ |
| 13 | | CURTIS E. ALLEN, ESQ.<br>GEORGE S. KHOURY, ESQ. |
| 14 | | Attorneys for Plaintiff<br>GEORGE SOLORIO ATONDO |

# ORDER

Having read the above joint stipulation regarding discovery competition and expert witness disclosures, and good cause appearing, it is hereby ordered that the above stipulations are adopted, and all parties must comply with the stipulations as set forth herein and as follows:

1. That the currently-scheduled dates for non-expert discovery completion, expert witness disclosure, supplemental expert witness disclosures made for purposes of rebuttal be vacated.

2. That the non-expert discovery completion date be continued to August 9, 2019.

3. That the expert witness disclosure date be continued to October 10, 2019.

4. That the supplemental expert and rebuttal expert witness disclosure dates be continued to 20 days after the designation of expert witnesses.

5. That the Rule 26(e) supplemental disclosure deadline and the December 2019 dispositive motion hearing deadline remain unchanged at this time.

IT IS SO ORDERED.

Dated: May 7, 2019

_____
Troy L. Nunley
United States District Judge